KNIGHT v. TODD

No. 39P91

Case below: 99 N.C.App. 361

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 7 March 1991.

MARTIN v. MARTIN

No. 54P91

Case below: 101 N.C.App. 243.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 7 March 1991.

MELVIN v. GLOVER

No. 13P91

Case below: 100 N.C.App. 757

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

METRO. SEWERAGE DIST. v.
N.C. WILDLIFE RESOURCES COMM.

No. 442PA90

Case below: 100 N.C.App. 171
327 N.C. 484

Motion by plaintiff to dismiss appeal allowed 18 February 1991.

N.C. DEPT. OF CRIME CONTROL v. HOOKS

No. 48P91

Case below: 101 N.C.App. 243

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.